**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,                                      CASE No.: 6:25-cv-00151-JA-LHP
         Plaintiff,

vs.

PROSPERE II INVESTMENTS, LLC,
and HIBACHI EXPRESS USA, LLC,
d/b/a HIBACHI EXPRESS, et al.,
         Defendants.

_____/

**NOTICE OF SETTLEMENT**
**(as to Defendant Hibachi Express USA, LLC d/b/a Hibachi Express only)**

Plaintiff, Tavia Wagner, hereby notifies the Court that Plaintiff and Defendant, Hibachi Express USA, LLC d/b/a Hibachi Express, have resolved the matters in controversy in this action between them. It is anticipated that Plaintiff, Tavia Wagner, will file a Notice of Voluntary Dismissal with Prejudice as to Defendant, Hibachi Express USA, LLC d/b/a Hibachi Express.  **Dated: April 2, 2025.**

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
1368 Turnbull Bay Road, Suite 303
New Smyrna Beach, FL 32168
Phone: (386) 409-7252
Email: bb_litsch4@att.net
Email: anthonytlitschiii@gmail.com
Florida Bar #0084437
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 2, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

By: <u>/s/ Anthony T. Litsch III</u>
Anthony T. Litsch III
Attorney for Plaintiff